```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
CHRIS PERSAUD,
```

|  |  |
|---|---|
| Plaintiff, | **MEMORANDUM AND ORDER** |
| -against- | 16-cv-6877 (FB) (JO) |

```
NAMEOKE 1 LLC, NAMEOKE
EQUITIES LLC, NAMEOKE HOLDINGS
LLC, NAMEOKE LLC, NAMEOKE
REALTY CO., INC., SUPREME PLUS
GROUP REALTY CORP., DAVID
DECTER, TZUI HARRY FRENKEL,
EDWARD FRIEDMAN, STEVEN
GREENBAUM, MILA LIVSHITZ,
MARK WEISSMAN,

                        Defendants.
---------------------------------------------------x
```

*Appearances*:

*For Plaintiff*:
MATTHEW PAUL MADZELAN
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 334
Melville, New York 11747

**BLOCK, Senior District Judge**:

On May 8, 2017, Magistrate Judge James Orenstein issued a Report and Recommendation ("R&R") recommending that the Court dismiss plaintiff's complaint with prejudice. No objections have been filed to date, and the opportunity to object has passed.

Where there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts.*,

*Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court must conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000). No such error appears here. Accordingly, the Court adopts the R&R without de novo review and dismisses plaintiff's complaint with prejudice.

**SO ORDERED**.

      /S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
June 28, 2017